# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PAUL LUJAN, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) Case No. CIV-18-353-M |
| JOHN SIKES, et al., | ) ) ) |
| Defendants. | ) |

## ORDER

On July 6, 2018, United States Magistrate Judge Suzanne Mitchell issued a Report and Recommendation in this action. The Magistrate Judge recommended that this action be dismissed with prejudice as untimely. Plaintiff was advised of his right to object to the Report and Recommendation by July 27, 2018. A review of the file reveals plaintiff has filed no objection.

Accordingly, upon de novo review, the Court:

(1) ADOPTS the Report and Recommendation [docket no. 12] issued by the Magistrate Judge on July 6, 2018, and

(2) DISMISSES this action with prejudice as untimely.

**IT IS SO ORDERED this 13th day of September, 2018.**

VICKI MILES-LaGRANGE
UNITED STATES DISTRICT JUDGE